No. 5, Original, October Term, 1950. NEW JERSEY *v.* NEW YORK ET AL. The motion of the defendant, City of New York, for leave to file petition to modify the decree entered herein May 25, 1931, 283 U. S. 805, and the motion of defendant, State of New York, for leave to file memorandum in support of the petition are granted. *Theodore D. Parsons,* Attorney General of New Jersey, and *Robert Peacock,* Deputy Attorney General, for complainant. *Nathaniel L. Goldstein,* Attorney General, *Wendell P. Brown,* Solicitor General, and *Edward L. Ryan,* for the State of New York; and *Denis M. Hurley, John P. McGrath* and *Richard H. Burke* for the City of New York, defendants. *Robert E. Woodside,* Attorney General, *George G. Chandler, Bernard G. Segal, Wm. A. Schnader* and *Harry F. Stambaugh* for the State of Pennsylvania, intervenor.

No. 5, Original, October Term, 1950. NEW JERSEY *v.* NEW YORK ET AL. The petition of the defendant, City of New York, for modification of the decree entered herein May 25, 1931, 283 U. S. 805, the memorandum of the defendant, State of New York, and the answers to the petition filed by the State of New Jersey and the Commonwealth of Pennsylvania, are referred to Kurt F. Pantzer, Esquire, of Indianapolis, Indiana, as a Special Master, with directions and authority to proceed to a consideration of the issues involved and to report to the Court with all convenient speed his recommendations in respect of the amendment of the decree, if any.

No. 495, Misc. LEWIS ET AL. *v.* UNITED GAS PIPE LINE Co. C. A. 5th Cir. Certiorari denied. Motion for leave to file petition for writs of mandamus and prohibition also denied.